## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Anna Bertha DE LA TORRE,<br><br>Defendant. | Case No.:  20MJ1569<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

On or about April 25, 2020, within the Southern District of California, Anna Bertha DE LA TORRE, did knowingly and intentionally import 500 grams and more, to wit: approximately 1.16 kilograms (2.55 pounds), of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent Carmen Jacobsen
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. this 27th of April 2020.

HON. KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On April 25th, 2020, at approximately 4:59 PM, Anna Bertha DE LA TORRE, a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in pedestrian lanes. A Customs and Border Protection Officer received two negative Customs declarations from DE LA TORRE. DE LA TORRE stated she was crossing the border to go to San Diego, California. During primary inspection, the Customs and Border Protection Officer received a computer generated alert indicating DE LA TORRE be sent to secondary for further inspection.

At approximately 5:20 P.M., in secondary inspection, A Canine Enforcement Human and Narcotic Detection Dog alerted to DE LA TORRE's body. Two female Customs and Border Protection Officers escorted DE LA TORRE to a search room where DE LA TORRE removed packages from her vaginal cavity.

DE LA TORRE removed 4 vacuumed sealed packages concealed on her person, with a total approximate weight of 1.16 kgs (2.55 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine. DE LA TORRE was placed under arrest at approximately 6:00 PM.

1